

Case 1:07-cv-07079   Document 2   Filed 12/17/2007   Page 1 of 1

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Eugene Longino

**DEFENDANTS**
Matteson Imports, and National Auto Finance Corp.

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Dmitry Feofanov, ChicagoLemonLaw.com, P.C., 404 Fourth Avenue West, Lyndon, IL, 61261, 815/986-7303

Attorneys (If Known)
Not known.

**FILED DEC 17 2007  NF**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [■] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

Citizen of This State PTF 1 DEF 1 — Incorporated or Principal Place of Business In This State PTF 4 DEF 4

**07CV 7079**
**JUDGE BUCKLO**
**MAGISTRATE JUDGE COLE**

## IV. NATURE OF SUIT

(as marked) **890 Other Statutory Actions**

## V. ORIGIN
[■] 1 Original Proceeding

## VI. CAUSE OF ACTION
TILA, 15 U.S.C. 1601 et seq.; ECOA, 15 U.S.C. 1691 et seq.

## VII. PREVIOUS BANKRUPTCY MATTERS
(none)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [■] Yes  [ ] No

## IX. This case
[■] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: Dec 17, 2007
SIGNATURE OF ATTORNEY OF RECORD: /s/