# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 7079

EUGENE LONGINO vs. MATTESON IMPORTS and
NATIONAL AUTO FINANCE CORP.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MATTESON IMPORTS

| |
|---|
| NAME (Type or print) <br> Alison M. Harrington |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Alison M. Harrington |
| FIRM <br> Best, Vanderlaan & Harrington |
| STREET ADDRESS <br> 2100 Manchester Rd., Ste. 1420 |
| CITY/STATE/ZIP <br> Wheaton, IL 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6243081 | TELEPHONE NUMBER <br> 630-752-8000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐