IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Eugene Longino, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7079 |
| | ) | |
| Matteson Imports, and | ) | |
| National Auto Finance Corp., | ) | Judge Bucklo |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

**MOTION TO SET SETTLEMENT CONFERENCE**

NOW COMES Defendant, MATTESON IMPORTS by and through its attorney, Alison M. Harrington of Best, Vanderlaan & Harrington, hereby requests this court to set a pretrial settlement conference at a date and time which is convenient for the court and the parties.

Respectfully submitted:

By:   /s/ Alison M. Harrington
   One of Its Attorneys

Alison M. Harrington
Nick Sideris
Best, Vanderlaan & Harrington
2100 Manchester Road, Suite 1420
Wheaton, Illinois 60187
(630) 752-8000
(630) 752-8763
ARDC#37240

## **CERTIFICATE OF SERVICE**

      I, the undersigned, state that I caused to be served the foregoing, with enclosures referred to thereon, if any, by mailing copies to the attorney(s) of record at the address(es) of record and depositing same in the U.S. Mail at 2100 Manchester Road, Suite 1420, Wheaton, Illinois 60187 before 5:00 P.M. on the <u>25th day of January, 2008.</u>

                                                                           /s/   Alison M. Harrington