UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Eugene Longino | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7079 |
| | ) | |
| Matteson Imports, and | ) | |
| National Auto Finance Corp., | ) | Judge Bucklo |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Mr. Dimitry Feofanov
Chicagolemonlaw.com, P.C.
404 Fourth Avenue West
Lyndon, IL 61261

PLEASE TAKE NOTICE that on the 4th day of February, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Bucklo or any other judge who may be holding court in his absence of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion to Set Settlement Conference and Motion to Stay and Compel Arbitration, and shall request a ruling thereon, *instanter*.

Respectfully submitted,

By:____ /s/ Alison M. Harrington _____
One of Its Attorneys

Alison M. Harrington
Nick Sideris
Best, Vanderlaan & Harrington
2100 Manchester Road, Suite 1420
Wheaton, Illinois 60187
(630) 752-8000
(630) 752-8763
ARDC#37240

## CERTIFICATE OF SERVICE

I, the undersigned, state that I caused to be served the foregoing, with enclosures referred to thereon, if any, by mailing copies to the attorney(s) of record at the address(es) of record and depositing same in the U.S. Mail at 2100 Manchester Road, Suite 1420, Wheaton, Illinois 60187 before 5:00 P.M. on the 25th day of January, 2008.

By: /s/ Alison M. Harrington
One of Its Attorneys