**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Eugene Longino
                      Plaintiff,

v.                                                   Case No.: 1:07–cv–07079
                                                     Honorable Elaine E. Bucklo

Matteson Imports, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 1, 2008:

      MINUTE entry before Judge Elaine E. Bucklo : Defendant's motion (8) to send this case to the assigned magistrate judge for a settlement conference is granted. This case is also referred for all pretrial proceedings within the jurisdiction of the magistrate judge. The motion to stay (7) pending arbitration is stayed pending settlement discussions. Status reset for 4/16/08 at 9:30 a.m.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.