UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Eugene Longino
                          Plaintiff,

v.                                          Case No.: 1:07−cv−07079
                                                          Honorable Elaine E. Bucklo

Matteson Imports, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 11, 2008:

      MINUTE entry before Judge Jeffrey Cole :Status hearing held. Parties are to exchange Rule 26 immediately and have a telephone conference. Parties are to conference call chambers on Tuesday afternoon, 2/12/08 at 2:00 p.m. to report their progress. Settlement conference is set for 2/22/08 at 7:00 a.m. All parties are directed to refer to Judge Coles Settlement Conference Procedures, found on www.ilnd.uscourts.gov and to comply with its directives before appearing at the settlement conference. Parties with authority to settle must be present at the conference. As provided in the instructions, plaintiff's counsel shall deliver copies of the required settlement letters to chambers by no later than (4) calendar days before the conference. Non−compliance with the 4−day Rule makes it difficult and often impossible for the conference to proceed effectively. Failure to comply with the 4−day Rule may necessitate cancellation of the conference. Advised in open court.(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.