# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Eugene Longino

                Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:07−cv−07079
　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

Matteson Imports, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

    MINUTE entry before Judge Jeffrey Cole :Telephonic settlement conference held on 2/12/2008 at 2:00 p.m. and continued to 2/22/08 at 7:00 a.m. In the event the parties settle the case they are requested to call chambers to cancel the conference. No notices. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.