**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Eugene Longino
                        Plaintiff,

v.                                      Case No.: 1:07−cv−07079
                                            Honorable Elaine E. Bucklo

Matteson Imports, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 22, 2008:

      MINUTE entry before Judge Jeffrey Cole :Settlement conference held on 2/22/2008. Case settled. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.